IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                            CRIMINAL NO. 5:01cr20BrN

CHANNING BURDEN

ORDER

The Court having been advised that the proceedings have been completed with respect to this cause, and in the interest of conserving space and promoting security and efficiency, the Federal Bureau of Investigation is hereby authorized to dispose of the evidence in this case, including one Smith & Wesson, Model 645 pistol, serial number TAZ3510, one Lorcin 32-caliber, Model L32 handgun, serial number 012327, and one Long & Long, Model 60, .22 caliber bolt-action rifle with no serial number, in accordance with that agency's regulations.

SO ORDERED, this the 13th day of June, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE